No. 89–1141.  Minnesota Mining & Manufacturing Co. v. Freeman.  C. A. Fed. Cir.  Certiorari denied.  Justice Black-

MUN took no part in the consideration or decision of this petition.